UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLIAM MILLER,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:25-cv-02017-TLN-SCR<br><br>**ORDER** |

Plaintiff Mark William Miller ("Plaintiff") is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On August 20, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 17.) Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 20, 2026 (ECF No. 17), are ADOPTED IN FULL;

2. Plaintiff's motion for summary judgment (ECF No. 8) is DENIED;

3. Defendant's cross-motion for summary judgment (ECF No. 15) is GRANTED; and

4. The Clerk of the Court is directed to enter Judgment for Defendant and close this case.

IT IS SO ORDERED.

DATE: September 28, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE